IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST AS TRUSTEE FOR WAMU MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2005-AR11 TRUST,<br><br>        Plaintiff,<br><br> v.<br><br>HORTENSIA L. MORALES, et al.,<br><br>        Defendants.<br>_____/ | No. C-11-00357 EDL<br><br>**ORDER FOR REASSIGNMENT** |

In view of the Report and Recommendation filed on March 15, 2011, the clerk shall **REASSIGN** the above-captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: March 15, 2011

                                                                ELIZABETH D. LAPORTE<br>                                                                United States Magistrate Judge